UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Betty Lou Fox,

    Debtor.
_____/

John Barcume,                                 Case No. 11-12036

    Appellant,                       Honorable Sean F. Cox
                                         United States District Judge
v.

Betty Lou Fox,

    Appellee.
_____/

## ORDER PURSUANT TO BANKRUPTCY RULE 8012

The Court is scheduled to hear oral argument on the above appeal on Thursday, September 29, 2011 at 3:00 pm. After examination of the briefs and record, the Court is convinced that "the decisional process would not be significantly aided by oral argument." FED.R.BANKR.P. 8012. Rule 8012 also states that "[a]ny party shall have an opportunity to file a statement setting forth the reason why oral argument should be allowed." *Id.* Accordingly, the parties have until **Wednesday, August 30, 2011** to file a response demonstrating why this Court should not decide the case on the briefs and record pursuant to FED.R.BANKR.P. 8012.

**IT IS SO ORDERED.**

                                            S/Sean F. Cox
                                            Sean F. Cox
                                            United States District Judge

Dated: August 24, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Betty Lou Fox,

    Debtor.
_____/

| | |
|---|---|
| John Barcume, | Case No. 11-12036 |
|     Appellant, | Honorable Sean F. Cox<br>United States District Judge |
| v. | |
| Betty Lou Fox, | |
|     Appellee. | |

_____/

PROOF OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon counsel of record on August 24, 2011, by electronic and/or ordinary mail.

                                      S/Jennifer Hernandez
                                      Case Manager